27 So.2d 800

### Ralph Leon GANDY v. STATE.
### 6 Div. 514.

Supreme Court of Alabama.
Nov. 14, 1946.

Wm. Conway, of Birmingham, for petitioner.

Wm. N. McQueen, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Ralph Leon Gandy for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Gandy v. State, 27 So.2d 798, 6 Div. 307.

Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.

27 So.2d 876

### GRESHAM v. GRESHAM.
### 7 Div. 888.

Supreme Court of Alabama.
Nov. 21, 1946.

Ross Blackmon, of Anniston, for appellant.

Reed & Reed, of Centre, for appellee.

FOSTER, Justice.

We agree with the trial court that the custody of the child should for the present remain with Mildred Gresham, appellee, the mother of a small boy. We do not think the evidence is at all satisfactory that she is not a fit and suitable person for his custody, but think that the court properly awarded the custody to her, stating that it was for the present.

Affirmed.

GARDNER, C. J., and LAWSON, and STAKELY, JJ., concur.